## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Lisa Jacqueline Gillard

                 Plaintiff,

v.

                                       Case No.: 1:26–cv–05820
                                       Honorable John Robert Blakey

J.B. Pritzker, et al.

                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 23, 2026:

       MINUTE entry before the Honorable John Robert Blakey: The Court takes under advisement Defendant's motion to dismiss [10] and strikes the 7/29/26 Notice of Motion date. Additionally, Plaintiff having filed a response [14], the Court denies as moot her motion to extend the time to file her response [12] and strikes the 7/29/26 Notice of Motion date as to this motion as well. Defendants may file any reply in support of their motion to dismiss by 8/4/26. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.